1372-14

COA # 10-13-00107-CR          OFFENSE: Robbery

STYLE: Juan Martinez, III v. The State of Texas          COUNTY: McLennan

TRIAL COURT:          19th District Court
TRIAL COURT #:          2012-1034-C1                    _____ MOTION
TRIAL COURT JUDGE: Hon. Ralph T. Strother          FOR REHEARING IS: _____
DISPOSITION:     AFFIRMED                              DATE: _____
                                                      JUDGE: _____

DATE:     September 18, 2014

JUSTICE:   Scoggins          PC ____ S   YES
PUBLISH: _____          DNP:  YES ____

                                                      9/12/2013 -1 volume
CLK RECORD:   4/30/2013 - 1 volume          SUPP CLK RECORD:   9/24/2013 -1 volume
RPT RECORD:   10/3/2013 - 8 volumes          SUPP RPT RECORD: _____
STATE BR: _____                    SUPP BR: _____
APP BR:   5/13/2014 (Anders)                 PRO SE BR:   7/1/2014

## IN THE COURT OF CRIMINAL APPEALS

### CCA # _____

------------------

__PRO SE__ Petition          Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____
__REFUSED,__                                 JUDGE: _____
DATE: __02/04/2015__                         SIGNED: _____  PC: _____
JUDGE: __Per Curiam__                        PUBLISH: _____  DNP: _____

------------------

_____ MOTION FOR REHEARING IN          MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____               _____ ON _____

JUDGE: _____                   JUDGE: _____